# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CODEY CHEYNEY** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 21-5112** |
| **v.** | : | |
| | : | |
| **LIBERTY MUTUAL INSURANCE** | : | |
| **GROUP INC.,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 11th day of February 2022, upon consideration of Plaintiff's *motion to remand*, [ECF 4], and Defendants' response in opposition thereto, [ECF 8], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion to remand is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*